# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00180-CV

**Iwayloan, L.P., Appellant**

**v.**

**Tony Trungale, Mandy Mahand and Jim Trungale, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. GN300611, HONORABLE PATRICK O. KEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Iwayloan, L.P. filed with this Court a motion to dismiss appeal, informing this Court that the parties have entered into a settlement agreement that includes the dismissal of this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Appellant's Motion

Filed:   June 24, 2004